AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

JONATHAN JAY PARKER

V.

BOARD OF SUPERVISORS OF UNIVERSITY OF LOUISIANA-LAFAYETTE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 6:07CV1760 LO

TO: (Name and address of Defendant)

BOARD OF SUPERVISORS OF
UNIVERSITY OF LOUISIANA-LAFAYETTE
150 Third St, 3rd Floor
Baton Rouge, LA 70801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JONATHAN PARKER, PRO SE
830 Belle Dr.
Breaux Bridge, LA 70517

an answer to the complaint which is herewith served upon you, within ~~30~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

DATE

(By) DEPUTY CLERK