RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11-15-07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

JONATHAN JAY PARKER                           CIVIL ACTION NO. 07-1760

VERSUS                                        JUDGE MELANÇON

BOARD OF SUPERVISORS OF
UNIVERSITY OF LOUISIANA -
LAFAYETTE                                     MAGISTRATE JUDGE METHVIN

## JUDGMENT

Before the Court are plaintiff's Response to the Court's November 5, 2007 Order [Rec. Doc. 10] and plaintiff's Motion to Vacate or Rescind [Rec. Doc. 11]. Having considered the plaintiff's filings, the Court finds that the plaintiff has failed to demonstrate that this action is not barred by the statute of limitations. Accordingly, it is

ORDERED that plaintiff's request to transfer [Rec. Doc. 10] this case to United States District Judge Rebecca Doherty is DENIED as having no basis in law or in fact.

IT IS FURTHER ORDERED plaintiff's Motion to Vacate or Rescind [Rec. Doc. 11] is DENIED.

IT IS FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE as plaintiff's cause of action is barred by the applicable statute of limitations.

THUS DONE AND SIGNED this 14th day of November, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge